J. H. LEE et al. v. Richard J. McCAMPBELL.

No. 9634.

Court of Civil Appeals of Texas. Austin.

May 21, 1947.

Rehearing Denied June 11, 1947.

Looney and Clark, Everett L. Looney and Donald S. Thomas, all of Austin, for appellants.

Eskridge & Groce and Josh H. Groce, all of San Antonio, for appellee.

HUGHES, Justice.

This appeal is from an order sustaining a plea of privilege. James Patrick Lee and his father, J. H. Lee, appellants, sued Richard L. McCampbell, a resident of Jim Hogg County, appellee, for damages resulting from injuries sustained by James Patrick Lee when an automobile, driven by appellee, collided with a tree.

This is a companion case to our cause Downs, Appellant, v. Richard J. McCampbell, Appellee, 203 S.W.2d 302 and presents identical questions of fact and law. For the reasons stated in such opinion, the judgment of the trial court is affirmed.

Affirmed.